RECEIVED   CLOSED

# U.S. District Court
## Southern District of Mississippi (Jackson)
### CRIMINAL DOCKET FOR CASE #: 3:06-mj-00529-JCS-JCS-ALL
### Internal Use Only

2006 MAR 24   A 9: 36

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case title: USA v. Harvey
Other court case number: 1:06mj31-DRB USDC M/D Alabama

Date Filed: 03/20/2006

Assigned to: Magistrate Judge James C. Sumner
Referred to: Magistrate Judge James C. Sumner

**Defendant**

**Michael David Harvey (1)**
*TERMINATED: 03/22/2006*

represented by   S. Dennis Joiner
FEDERAL PUBLIC DEFENDER
200 S. Lamar, Suite 100-S
Jackson, MS 39201
601/948-4284
Fax: 601/948-5510
Email: dennis_joiner@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: *Public Defender or Community Defender Appointment*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

A TRUE COPY, I HEREBY CERTIFY.
By: _____
Deputy Clerk

**Complaints**
Crossing a state line with intent to

**Disposition**

engage in a sexual act with a person
under the age of 12 years

**Plaintiff**

USA                                     represented by   **Harold H. Brittain**
                                                         U.S. ATTORNEY'S OFFICE
                                                         One Jackson Place
                                                         188 E. Capitol, Suite 500
                                                         Jackson, MS 39201
                                                         (601) 965-4480
                                                         Email: harold.brittain@usdoj.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/20/2006 |  | Arrest (Rule 5) of Michael David Harvey (CSF, ) (Entered: 03/22/2006) |
| 03/20/2006 | 1 | CJA 23 Financial Affidavit by Michael David Harvey (CSF, ) (Entered: 03/22/2006) |
| 03/20/2006 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Michael David Harvey. S. Dennis Joiner for Michael David Harvey appointed. Signed by Judge James C. Sumner on March 20, 2006. (CSF, ) (Entered: 03/22/2006) |
| 03/20/2006 | 3 | WAIVER of Rule 5 Hearings by Michael David Harvey (CSF, ) (Entered: 03/22/2006) |
| 03/20/2006 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Michael David Harvey. Defendant committed to District of Middle District of Alabama. Signed by Judge James C. Sumner on March 20, 2006. (CSF, ) (Entered: 03/22/2006) |
| 03/20/2006 |  | Minute Entry for proceedings held before Judge James C. Sumner :Initial Appearance as to Michael David Harvey held on 3/20/2006. Harold Brittain, AUSA; Mark Quarles, USPO; Kathy Nester, FPD. Defendant was informed of his rights and the charges against him in a complaint out of the Middle District of Alabama. He was represented by the federal public defender. The government moved for detention. Defendant waived his identity hearing amd detention hearing but requested a preliminary examination in the Middle District of Alabama. He was remanded to the custody of the U. S. Marshal to be transported to the Middle District of Alabama. (Tape #2006-06.) (CSF, ) (Entered: 03/22/2006) |
| 03/22/2006 |  | ***Terminated defendant Michael David Harvey, pending deadlines, and motions. (CSF, ) (Entered: 03/22/2006) |
| 03/22/2006 |  | ***Set/Clear Flags as to Michael David Harvey (Case Closed) (CSF, ) (Entered: 03/22/2006) |

| 03/22/2006 | | ***Staff Notes as to Michael David Harvey: Original documents transmitted to the Middle District of Alabama. (CSF, ) (Entered: 03/22/2006) |

## Minute Entries
3:06-mj-00529-JCS-JCS USA v. Harvey

## U.S. District Court

## Southern District of Mississippi

Notice of Electronic Filing

The following transaction was received from CSF, entered on 3/22/2006 at 10:34 AM CST and filed on 3/20/2006

**Case Name:** USA v. Harvey
**Case Number:** 3:06-mj-529
**Filer:**
**Document Number:**

**Docket Text:**
Minute Entry for proceedings held before Judge James C. Sumner :Initial Appearance as to Michael David Harvey held on 3/20/2006. Harold Brittain, AUSA; Mark Quarles, USPO; Kathy Nester, FPD. Defendant was informed of his rights and the charges against him in a complaint out of the Middle District of Alabama. He was represented by the federal public defender. The government moved for detention. Defendant waived his identity hearing amd detention hearing but requested a preliminary examination in the Middle District of Alabama. He was remanded to the custody of the U. S. Marshal to be transported to the Middle District of Alabama. (Tape #2006-06.) (CSF, )

The following document(s) are associated with this transaction:

**3:06-mj-529-1 Notice will be electronically mailed to:**

Harold H. Brittain    harold.brittain@usdoj.gov, marian.markert@usdoj.gov

S. Dennis Joiner    dennis_joiner@fd.org, ann_hutzel@fd.org

Probation Jackson    Janet_Anderson@mssp.uscourts.gov

**3:06-mj-529-1 Notice will be delivered by other means to:**

# UNITED STATES DISTRICT COURT

Southern — District of Mississippi

UNITED STATES OF AMERICA
v.
Michael D. Harvey

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 3:06mj529-JCS | 1:06mj31-DRB |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment  ☐ Information  ☒ Complaint  ☐ Other (specify)

charging a violation of _____ U.S.C. § _____

**DISTRICT OF OFFENSE:** Middle District of Alabama

**DESCRIPTION OF CHARGES:**
Crossing state line with intent to engage in sexual act with a person who has not attained the age of 12 years

**CURRENT BOND STATUS:**
☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?** ☒ No  ☐ Yes   Language: _____

**DISTRICT OF** _____

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

3-20-06
Date

_____
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

4

# UNITED STATES DISTRICT COURT

_____Southern_____ DISTRICT OF _____Mississippi_____

UNITED STATES OF AMERICA

V.

_____Michael D Harvey_____
Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: ___3:06mj529-JCS___

CHARGING DISTRICTS
CASE NUMBER: ___1:06mj31-DRB___

I understand that charges are pending in the ___Middle___ District of ___Alabama___ alleging violation of ___18 USC Section 2241(c)___ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ✓ ) identity hearing

( · ) preliminary hearing

( ✓ ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____Michael D Harvey_____
Defendant

___3/20/06___
Date

_____
Defense Counsel

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VERSUS                              Criminal No. 3:06mj529-JCS
MICHAEL DAVID HARVEY

### ORDER APPOINTING COUNSEL

The above-named defendant having satisfied this court after appropriate inquiry that he/she (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel, the Federal Public Defender is hereby APPOINTED to represent the defendant in above-styled and numbered cause.

Should this case proceed before a United States District Judge, the appointment shall, nevertheless, remain in effect until terminated or a substitute attorney is appointed or retained.

SO ORDERED, this the __20__ day of March, 2006.

_____
United States Magistrate Judge

2

# FINANCIAL AFFIDAVIT

CJA 23

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|
| IN THE CASE OF | | |
| USA vs. Harvey | FOR | |
| | AT | |

PERSON REPRESENTED (Show your full name)
Michael David Harvey

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate

District Court
3:06mj529

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor
Crossing State line w/ Intent to engage in a sex act w/person under 12, 18 U.S.C. 2241(c)

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed? ☐ Yes ☐ No  N/A
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ ___
THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No  IF YES, state total amount $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND $ ___
DESCRIBE IT

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: ___
Creditors: Parents take care of
Total Debt $ ___
Monthly Payt. $ ___

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 3-20-06

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ x Michael D Harvey

1